UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JERRY P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00234-CSW-MPB |
| | ) |
| MARTIN O'MALLEY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

Having made its Order directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by his Complaint, and this action is terminated.

**Date: September 4, 2024**

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford_____
    Deputy Clerk, U.S. District Court

**Distributed electronically to all ECF-registered counsel of record.**